Exhibit 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ABSEN, INC.,**

      **Plaintiff,**

v.                                           Case No:  6:19-cv-905-Orl-40LRH

**LED CAPITAL, LLC and MARCEL DEKEYZER,**

      **Defendants.**

_____

## DEFAULT JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

That default judgment is entered against Dekeyzer, jointly and severally with LED Capital, and in favor of Plaintiff "Absen Inc." on Count III of the second amended complaint in the amount of $2,470,168.27, with interest accruing at twelve percent per annum, as it relates to the First Note for which sum let execution issue.

Date: April 6, 2020

                                                          ELIZABETH M. WARREN,
                                                          CLERK

                                                          s/MJ, Deputy Clerk