Exhibit 4

```
Status Report For:        IC TECHNOLOGIES LLC
Report Date:              4/11/2022
Confirmation Number:      221012624168
```

**IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION**

```
Business ID Number:       0450192504
Business Type:            FOREIGN LIMITED LIABILITY COMPANY
Status:                   ACTIVE
Original Filing Date:     08/15/2017
Stock Amount:             N/A
Home Jurisdiction:        NY
Status Change Date:       NOT APPLICABLE
```

**REVOCATION/SUSPENSION INFORMATION**

```
DOR Suspension Start Date:    N/A
DOR Suspension End Date:      N/A
Tax Suspension Start Date:    N/A
Tax Suspension End Date:      N/A
```

**ANNUAL REPORT INFORMATION**

```
Annual Report Month:          AUGUST
Last Annual Report Filed:     N/A
Year:                         N/A
```

**AGENT/SERVICE OF PROCESS (SOP) INFORMATION**

```
Agent:                        MARCEL DEKEYZER
Agent/SOP Address:            64 ROLLING HILL DRIVE ,CHATHAM,NJ,07928
Address Status:               DELIVERABLE
Main Business Address:        64 ROLLING HILL DRIVE, CHATHAM, NJ, 07928
Principal Business Address:   N/A
```

**ASSOCIATED NAMES**

```
Associated Name:    N/A
Type:               N/A
```

**PRINCIPALS**

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | N/A |
| Name: | N/A |
| Address: | N/A |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2017 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| N/A | N/A |

Note:
Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.