## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District District of New Jersey

Case Number: 22 - CV - 02158-KM-AME

Plaintiff:
**ABSEN INC**

vs.

Defendant:
**LED CAPITAL LLC ET AL**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by DIRECT PROCESS to be served on **MARCEL DEKEYZER, 64 ROLLING HILL DRIVE, CHATHAM, NJ 07928**.

I, Brandon Abad, do hereby affirm that on the **2nd day of June, 2022** at **7:23 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE , PETITION FOR CHARGING ORDER, CIVIL COVER SHEET AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARCEL DEKEYZER** at the address of: **64 ROLLING HILL DRIVE, CHATHAM, NJ 07928**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 185, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

_____  6/7/22
**Brandon Abad**
Process Server

**DIRECT PROCESS**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2022000577
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District District of New Jersey

Case Number: 22 - CV - 02158-KM-AME

Plaintiff:
**ABSEN INC**

vs.

Defendant:
**LED CAPITAL LLC ET AL**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by DIRECT PROCESS to be served on **IC TECHNOLOGIES LLC, 64 ROLLING HILL DRIVE, C/O MARCEL DEKEYZER, CHATHAM, NJ 07928.**

I, Brandon Abad, do hereby affirm that on the **2nd day of June, 2022** at **7:23 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE , PETITION FOR CHARGING ORDER, CIVIL COVER SHEET AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARCEL DEKEYZER** as **MANAGING AGENT** for **IC TECHNOLOGIES LLC**, at the address of: **64 ROLLING HILL DRIVE, CHATHAM, NJ 07928**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 185, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

_____  6/7/22
**Brandon Abad**
Process Server

DIRECT PROCESS
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2022000579
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District District of New Jersey

Case Number: 22 - CV - 02158-KM-AME

Plaintiff:
**ABSEN INC**

vs.

Defendant:
**LED CAPITAL LLC ET AL**

For:
MAZZOLA LINDSTROM LLP
1350 AVENEUE OF THE AMERICAS 2ND FL
NEW YORK, NY 10019

Received by DIRECT PROCESS to be served on **LED CAPITAL LLC, 64 ROLLING HILL DRIVE, C/O MARCEL DEKEYZER, CHATHAM, NJ 07928**.

I, Brandon Abad, do hereby affirm that on the **2nd day of June, 2022** at **7:23 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE , PETITION FOR CHARGING ORDER, CIVIL COVER SHEET AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **MARCEL DEKEYZER** as **MANAGING AGENT** for **LED CAPITAL LLC**, at the address of: **64 ROLLING HILL DRIVE, CHATHAM, NJ 07928**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 53, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 185, Hair: Salt & Pepper, Glasses: Y

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

*Brandon Abad*   6/24/2022

**Brandon Abad**
Process Server

**DIRECT PROCESS**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2022000578
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i