UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------X     Docket No.: 22-cv-2158

ABSEN, INC.,

      Plaintiff / Judgment Creditor  & Petitioner,

        -against-

LED CAPITAL, LLC, MARCEL DEKEYZER,

      Defendants / Judgment Debtors,

        -and-

IC TECHNOLOGIES LLC, and MARCEL
DEKEYZER, in his capacity as sole member and
owner IC Technologies LLC, Respondents.

----------------------------------------------------------------X

**Application for Clerk's Certification of Default on Court Docket**

Plaintiff / judgment creditor and petitioner Absen, Inc., by and through its counsel

Mazzola Lindstrom LLP, hereby moves for entry of a default by the clerk against defendants /

judgment debtors LED Capital, LLC and Marcel Dekeyzer and respondents IC Technologies

LLC and Marcel Dekeyzer in his capacity as sole member and owner of IC Technologies LLC

for failure to serve any paper on the undersigned or file any paper as required by law, and the

undersigned counsel states upon penalty of perjury, pursuant to 28 USC 1746, that the

defendants/respondents herein were served with process on June 2, 2022, by personal service of

the summons, petition for a charging order and exhibits, and the civil cover sheet, and the

affidavits of service were duly filed on the court docket (Docket Entry 6), and – as the docket

itself demonstrates – the defendants / respondents have failed to appear and answer or otherwise

file any papers.

Dated: July 11, 2022
      New York, New York

MAZZOLA LINDSTROM LLP

By:   */s/ Hanoch Sheps*
        Hanoch Sheps
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
*Attorneys for plaintiff / judgment
creditor and petitioner Absen, Inc.*
D: (646) 216-8126
hanoch@mazzolalindstrom.com

## DEFAULT

A default is entered in this action against defendants / judgment debtors LED Capital,

LLC and Marcel Dekeyzer and respondents IC Technologies LLC and Marcel Dekeyzer in his

capacity as sole member and owner of IC Technologies LLC, named in the foregoing motion, for

failure to serve or file any paper as required by law.

William T. Walsh, Clerk of the Court

By:_____
      Deputy Clerk