UNITED STATES DISTRICT COURT          CM/ECF
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
                                                                                                Docket No.: 22-cv-2158

ABSEN, INC.,

       Plaintiff / Judgment Creditor & Petitioner,

           -against-

LED CAPITAL, LLC, MARCEL DEKEYZER,

       Defendants / Judgment Debtors,

           -and-

IC TECHNOLOGIES LLC, and MARCEL
DEKEYZER, in his capacity as sole member and
owner IC Technologies LLC,

       Respondents.
-----------------------------------------------------------------X--x

## ~~Proposed~~ Order and Judgment

Upon the petition filed herein, and upon the motion for an order and judgment on default, and whereas defendants / judgment debtors LED Capital, LLC, Marcel Dekeyzer, and respondents IC Technologies LLC, and Marcel Dekeyzer, in his capacity as sole member and owner IC Technologies LLC, were duly served with the summonses and petition for a charging order, and were duly served with plaintiff / judgment creditor & petitioner Absen, Inc.'s motion, it is hereby

ORDERED, ADJUDGED and DECREED that

       a)        That defendant / judgment debtor Dekeyzer's interest in IC Technologies LLC is charged with a lien until the judgment held by judgment creditor Absen, Inc. has been satisfied in full.

       b)        That any distributions by IC Technologies LLC due judgment debtor Dekeyzer based upon his interest in IC Technologies shall instead be paid immediately to

the judgment creditor Absen, Inc. c/o its attorneys, Mazzola Lindstrom, LLP, 1350 Avenue of the Americas, 2nd Floor, New York, New York 10019.

c) That judgment debtors LED Capital LLC and Dekeyzer are hereby prohibited from receiving from IC Technologies LLC any money or assets from IC Technologies LLC, whether by way of loans, fees, wages, salary, payment of the obligations of the judgment debtors, such as the judgment debtors' credit cards, or otherwise.

d) That should the judgment debtors LED Capital LLC and Dekeyzer receive or otherwise come into possession, by whatever means, of any moneys or assets from IC Technologies LLC, the judgment debtor shall immediately advise judgment creditor Absen, Inc. of the same, and immediately remit those moneys or assets to Absen, Inc. c/o its attorneys Mazzola Lindstrom.

e) That upon judgment debtors LED Capital LLC and Dekeyzer's receipt of any financial information from IC Technologies LLC, including, but not limited to, financial statements, annual statements, notifications of distributions made or to be made, U.S. Internal Revenue Service Form K-1, any other state or federal tax forms or statements, the judgment debtor shall immediately provide a copy thereof to judgment creditor Absen, Inc.

f) That any violation of this order, whether by a judgment debtor or any other person receiving notice of this order, may be punishable by contempt.

Dated: Newark, New Jersey
      Jan 18, 2023

_____
Honorable Kevin McNulty